**E-filed 1/31/07**

1 | KEVIN V. RYAN (California State Bar No. 118321)
United States Attorney
2 | JAY R. WEILL  (California State Bar No. 75434)
Assistant United States Attorney
3 | Chief, Tax Division
DAVID L. DENIER  (California State Bar No. 95024)
4 | Assistant United States Attorney
 9th Floor Federal Building
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone:   (415) 436-6888
Fax:              (415) 436-6748
7
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RONALD O. HUCH, | ) | No. C-06-06641-JF-RS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT AND TO FILE COUNTERCLAIM AND TO CONTINUE CASE MANAGEMENT CONFERENCE |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

IT IS HEREBY AGREED AND STIPULATED by and between plaintiff and defendant, by their attorneys of record, as follows:

1. By stipulation of the parties, the United States answer to the complaint was due January 25, 2007.

2. The delegate of the Secretary of the Treasury, by letter dated January 22, 2007, requested that the Department of Justice file a counterclaim against plaintiff Ronald O. Huch and bring in Thomas Hanagan (aka Tom Corbin) as an additional defendant on the counterclaim.

3. By letter dated January 30, 2007, the Attorney General authorized and requested the United States Attorney to file a counterclaim against the plaintiff and to bring in Thomas Hanagan (aka Tom Corbin) as an additional defendant on the counterclaim.

4. The parties stipulate and agree that the United States may have until February 9, 2006, to answer the complaint in this action and file its counterclaim against plaintiff Ronald O.

1  Huch and Thomas Hanagan (aka Tom Corbin) as an additional defendant on the counterclaim.

2      5.    The parties stipulate and agree that the Case Management Conference in this case
3  presently scheduled for February 2, 2007 at 10:30 a.m. be vacated and rescheduled for March 16,
4  2007, to allow the United States sufficient time to serve its counterclaim on Thomas Hanagan
5  (aka Tom Corbin).

6      6.    The requested continuance will allow the United States to bring all parties into the
7  case before the initial Case Management Conference and, therefore, it will facilitate the orderly
8  administration of the case.

10                           KEVIN V. RYAN
                               United States Attorney

12 Dated: January 31, 2007          /s/ David L. Denier
                               DAVID L. DENIER
13                              Assistant United States Attorney
                             Tax Division
14                              Attorneys for Defendant

16 Dated: January 31, 2007          /s/ David M. Kirsch
                               DAVID M. KIRSCH
17                              Attorney for Plaintiff

19                               O R D E R

20     For good cause showing, it is hereby ordered that the time in which the United States may
21 answer the complaint and file its counterclaim be extended to February 9, 2007, that the Case
22 Management Conference scheduled for February 2, 2007, at 10:30 a.m. be vacated, and the initial
23 Case Management Conference be rescheduled for March 16, 2007, at 10:30 a.m.

26 Dated:   1/31/07

                               JEREMY FOGEL
27                              United States District Judge