**E-filed 3/15/07**

1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
2 | JAY R. WEILL  (CSBN 75434)
Assistant United States Attorney
3 | Chief, Tax Division
DAVID L. DENIER  (CSBN 95024)
4 | Assistant United States Attorney
  9th Floor Federal Building
5 |   450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
6 |   Telephone:   (415) 436-6888
  Fax:              (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **RONALD O. HUCH,** | ) |
|     **Plaintiff,** | ) No. C-06-06641-JF-RS |
|     v. | ) **STIPULATION AND ORDER TO** |
| **UNITED STATES OF AMERICA,** | ) **CONTINUE CASE MANAGEMENT** |
|     **Defendant.** | ) **CONFERENCE** |

      IT IS HEREBY AGREED AND STIPULATED by and between plaintiff and defendant, by their attorneys of record, as follows:

      1.      On February 9, 2007, the United States filed its answer and counterclaim against plaintiff Ronald O. Huch and named Thomas Hanagan aka Tom Corbin as an additional defendant on the counterclaim.

      2.      Defendant United States' IRS agents have made numerous attempts to serve Thomas Hanagan at his residence at various times during the day, but have been unsuccessful.

      3.      The parties agree that all parties should be joined in the action before the initial Case Management Conference is conducted.

      4.      The parties therefore, stipulate and agree that the Case Management Conference in this case presently scheduled for March 16, 2007, at 10:30 a.m. be vacated and rescheduled for May 18, 2007 at 10:30 a.m., to allow the United States time to serve its counterclaim on Thomas

1  Hanagan (aka Tom Corbin).

                                        SCOTT N. SCHOOLS
                                        United States Attorney

Dated: March 13, 2007                   /s/ David L. Denier
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division
                                        Attorneys for Defendant


Dated: March 13, 2007                   /s/ David M. Kirsch
                                        DAVID M. KIRSCH

O R D E R

For good cause showing, it is hereby ordered that the Case Management Conference scheduled for March 16, 2007, at 10:30 a.m. be vacated, and the initial Case Management Conference be rescheduled for May 18, 2007, at 10:30 a.m.

Dated:  3/15/07

                                        _____
                                        JEREMY FOGEL
                                        United States District Judge

Stip & Order To Cont. CMC
(No. C-06-06641-JF-RS                   2