*E-filed 8/7/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD O. HUCH, | Case No. C06-06641 HRL |
| Plaintiff and Counterclaim Defendant, | |
| v. | **ORDER GRANTING PERMISSION TO APPEAR TELEPHONICALLY** |
| UNITED STATES OF AMERICA, | |
| Defendants. | |
| _____/ | |
| THOMAS HANAGAN aka TOM CORBIN, | |
| Additional Defendant on Counterclaim. | |
| _____/ | |

Having considered Plaintiff's counsel's request to appear by telephone at the Case Management Conference set for August 21, 2007 at 1:30 p.m., and good cause appearing, the court grants the request.

**IT IS SO ORDERED.**

Dated: 8/7/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

David L. Denier david.denier@usdoj.gov

David M. Kirsch dkirsch@etaxlitigator.com

Thomas W Hanagan
301 Glen Falls Ct.
Hollister, CA 95023-9092

Dated: 8/7/07

                                              /s/  KRO

                                    Chambers of Magistrate Judge Howard R. Lloyd