United States District Court
For the Northern District of California

1
2
3                                                                    *E-filed 8/22/07*
4
5
6                        IN THE UNITED STATES DISTRICT COURT
7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                  SAN JOSE DIVISION
9    RONALD O. HUCH,
                                                      Case No. C06-06641 HRL
10        Plaintiff and Counterclaim Defendant,
11        v.
                                                      **ORDER TO SHOW CAUSE**
12   UNITED STATES OF AMERICA,
13        Defendants.
14   _____/
15   THOMAS HANAGAN aka TOM CORBIN,
16        Additional Counterclaim Defendant.
17   _____/
18        A case management conference was held in this matter on August 21, 2007.  Counsel for
19   Plaintiff appeared telephonically.  David L. Denier, lead counsel for Defendant, failed to
20   appear.  Accordingly,
21        IT IS ORDERED THAT Mr. Denier appear in Courtroom 2, 5th Floor of the United
22   States District Court, 280 South First Street, San Jose, California on **August 28, 2007 at 10:00**
23   **a.m.** and show cause, if any, why he should not be sanctioned for failure to appear at the case
24   management conference.  Plaintiff's counsel need not appear at the show cause hearing.
25        **IT IS SO ORDERED.**
26
27   Dated: 8/22/07
28                                              _____
                                                HOWARD R. LLOYD
                                                UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

David L. Denier david.denier@usdoj.gov

David M. Kirsch dkirsch@etaxlitigator.com

Thomas W Hanagan
301 Glen Falls Ct.
Hollister, CA 95023-9092

Dated: 8/22/07

_____/s/  KRO_____

Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2