*E-filed 8/22/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD O. HUCH, | Case No. C06-06641 HRL |
| Plaintiff and Counterclaim Defendant, | |
| v. | **ORDER TO SHOW CAUSE** |
| UNITED STATES OF AMERICA, | |
| Defendants. | |
| ───────────────── / | |
| THOMAS HANAGAN aka TOM CORBIN, | |
| Additional Counterclaim Defendant. | |
| ───────────────── / | |

A case management conference was held in this matter on August 21, 2007. Counsel for Plaintiff appeared telephonically. Thomas Hanagan, *pro se* Counterclaim Defendant, failed to appear. Accordingly,

IT IS ORDERED THAT Mr. Hanagan appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **August 28, 2007 at 10:00 a.m.** and show cause, if any, why he should not be sanctioned for failure to appear at the case management conference. Plaintiff's counsel need not appear at the show cause hearing.

**IT IS SO ORDERED.**

Dated: 8/22/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

David L. Denier david.denier@usdoj.gov

David M. Kirsch dkirsch@etaxlitigator.com

Thomas W Hanagan
301 Glen Falls Ct.
Hollister, CA 95023-9092

Dated: 8/22/07

                                                      /s/  KRO

                               Chambers of Magistrate Judge Howard R. Lloyd