*E-filed 8/29/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD O. HUCH,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants.<br>_____/<br>THOMAS HANAGAN aka TOM CORBIN,<br><br>    Additional Counterclaim Defendant.<br>_____/ | Case No. C06-06641 HRL<br><br>**ORDER DISCHARGING AUGUST 21, 2007 ORDER TO SHOW CAUSE**<br><br>Re: Docket No. 28 |

On August 21, 2007, this court issued an order to show cause directing lead counsel for Defendant, David L. Denier, to appear before it on August 28, 2007 and show cause why he should not be sanctioned for failure to appear at the initial case management conference.

Based upon Denier's appearance before this court at the August 28 hearing and his explanation for his failure to appear, the August 21, 2007 order to show cause is discharged. No sanctions will be imposed; however, counsel is admonished to ensure his timely appearance at all court proceedings in the future.

**IT IS SO ORDERED.**

Dated:  8/29/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

David L. Denier david.denier@usdoj.gov

David M. Kirsch dkirsch@etaxlitigator.com

Thomas W Hanagan
301 Glen Falls Ct.
Hollister, CA 95023-9092

Dated: 8/29/07

                                 /s/  KRO

                                 Chambers of Magistrate Judge Howard R. Lloyd