United States District Court
For the Northern District of California

*E-filed 10/9/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD O. HUCH,<br><br>　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Defendants.<br>_____/<br>THOMAS HANAGAN aka TOM CORBIN,<br><br>　　Additional Counterclaim Defendant.<br>_____/ | Case No. C06-06641 HRL<br><br>**ORDER DISCHARGING AUGUST 21, 2007 AND AUGUST 29, 2007 ORDERS TO SHOW CAUSE**<br><br>Re: Docket Nos. 29, 31 |

A case management conference was held in this matter on August 21, 2007. Thomas Hanagan, *pro se* Counterclaim Defendant, failed to appear. Thereafter, an order to show cause was issued, requiring Hanagan to appear before this court on August 28, 2007. Hanagan failed to appear at the show cause hearing. On August 29, 2007, this court issued a second order to show cause, directing the pro se defendant to appear before it and show cause why he should not be sanctioned.

**United States District Court**
For the Northern District of California

1  Based upon Hanagan's appearance before this court at the October 9 hearing and his
2  explanation for his failures to appear, the previous orders to show cause are discharged.  No
3  sanctions will be imposed; however, Hanagan is admonished to ensure his timely appearance at
4  all court proceedings in the future.

6  **IT IS SO ORDERED.**

7  Dated:  10/9/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

THIS IS TO CERTIFY THAT:

**Notice has been electronically mailed to:**

David L. Denier david.denier@usdoj.gov

David M. Kirsch dkirsch@etaxlitigator.com

**Notice has been delivered by other means to:**

Thomas W Hanagan
301 Glen Falls Ct.
Hollister, CA 95023-9092

Dated: 10/9/07

/s/ KRO

Chambers of Magistrate Judge Howard R. Lloyd

3