SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7000
 Fax:         (415) 436-6748
Attorneys for United States of America

*E-filed 1/4/08*

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **RONALD O. HUCH,**<br><br>    **Plaintiff and Counterclaim Defendant,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendant and Counterclaimant.**<br><br>**THOMAS HANAGAN aka TOM CORBIN,**<br><br>    **Additional Defendant on Counterclaim.** | **No. C-06-06641-HRL**<br><br>**STIPULATION TO EXTEND FACT DISCOVERY CUTOFF AND [PROPOSED] ORDER** |

The parties agree, subject to the Court's approval, as follows:

    1.      The Case Management Scheduling Order entered in this case on August 21, 2007, set the fact discovery cutoff at January 15, 2008.  The Government has outstanding discovery requests due by January 8, 2008, and depositions scheduled on January 14, 2008.  Defendants have requested additional time to complete the discovery requests and have agreed to respond to interrogatories and requests for production of documents by January 23, 2008.  The parties would like to reschedule the depositions of both defendants to January 30, 2008.

///

2. Accordingly, the parties stipulate, subject to this Court's approval to the following changes to the August 21, 2007 Case Management Scheduling Order:

       Fact Discovery Cutoff:       January 31, 2008.

All other dates shall remain the same.

IT IS SO STIPULATED:

                                  SCOTT SCHOOLS
                                  United States Attorney

DATED: December 21, 2007       /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney
                                    Attorney for the United States

DATED: December 21, 2007       /s/ Thomas Hanagan
                                    THOMAS HANAGAN
                                    In Pro Per

DATED: December 21, 2007       /s/ David M. Kirsch
                                    DAVID M. KIRSCH
                                    Attorney for Ronald O. Huch

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED:

1. That the fact discovery cutoff, currently scheduled for January 15, 2008, is moved to January 31, 2008.

Dated: 1/3/08

                                    HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE