JOSEPH RUSSONIELLO (CSBN 44332)  *E-filed 3/18/08*
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7000
  Fax:       (415) 436-6748

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **RONALD O. HUCH,** | No. C-06-06641-<u>**HRL**</u> |
|     **Plaintiff and Counterclaim Defendant,** | |
| v. | |
| **UNITED STATES OF AMERICA,** | |
|     **Defendant and Counter-claimant.** | **APPLICATION BY UNITED STATES TO RESET PRETRIAL CONFERENCE AND TRIAL DATE AND <u>ORDER</u>** |
| **THOMAS HANAGAN aka TOM CORBIN,** | |
|     **Additional Defendant on Counterclaim.** | |

    The United States of America respectfully requests that the Court reschedule the pretrial conference and trial date in this case currently scheduled for May 13 and 19, 2008, respectively, because of a scheduling conflict and to facilitate settlement negotiations. The grounds for this request are:

    1. This action was commenced by the Plaintiff, Ronald O. Huch (hereinafter, "Mr. Huch"), seeking a refund of taxes paid with respect to a trust fund recovery penalty assessed against him by the Internal Revenue Service for the unpaid trust fund portion of the employment taxes of

the employees of Corbin Motors, Inc.  Defendant and Counter claimant United States of America joined Defendant Thomas W. Hanagan a/k/a Tom Corbin (hereinafter, "Mr. Corbin"), seeking to collect the trust fund recovery penalty assessed against him with respect to Corbin Motors, Inc.

2. Mr. Huch through counsel, and the United States have been involved in settlement negotiations.  Settlement negotiations with Mr. Corbin, pro se, are in the preliminary stages and counsel for the government does not anticipate a resolution prior to the May 19, 2008 trial date.  In the event that a settlement can be reached with all parties, counsel for the government anticipates the process could take up to ten weeks.  The reason for this timeframe is that the contemplated settlement would involve collectibility considerations thereby requiring Mr. Corbin to submit a financial statement to be verified by the Internal Revenue Service.  Thereafter, the settlement offer would have to be approved by the Tax Division in Washington, D.C.

3. Counsel for the United States also has a scheduling conflict as she has a criminal trial scheduled for May 19, 2008, in San Francisco in **United States v. Diana Hojsak**, Case No. 07-00325-PJH (N.D.Cal.)  She also has another criminal trial scheduled to commence on July 1, 2008, in **United States v. David Simcho**, CR.-06-0542-MHP (N.D. Calif.).

4. Counsel for the United States has communicated with David Kirsch, counsel for Mr. Huch, as well as with Mr. Corbin.  Both have no objection to resetting the pretrial and trial in this matter.  Mr. Kirsch requests that the trial be scheduled after July 2008 because he has a scheduling conflict with a large trial commencing in July 2008.

5. This request is not made for the purpose of delay is due to a scheduling conflict and to facilitate ongoing settlement negotiations which the parties believe may resolve the case in its entirety.

WHEREFORE, the United States requests that the Court grant this request to reschedule the pretrial and trial in this case in accordance with the foregoing.

                JOSEPH RUSSONIELLO
                United States Attorney

DATED: March 14, 2008        /s/ Cynthia Stier
                CYNTHIA STIER
                Assistant United States Attorney
                Attorney for the United States

US v. Huch, et. al, No. C-06-06641-HRL
Application by US to Reset Pretrial Conference
and Trial and [Proposed] Order        2

1  **ORDER**

2  Having considered the Stipulation to Reset Final Pretrial Conference Date and Trial Date, the
3  record contained herein, and good cause being shown,
4  IT IS ORDERED that the Final Pretrial Conference, currently scheduled for May 13, 2008 at
5  1:30 p.m. is rescheduled to   October 28  , 2008, at  1:30 p.m.  , and the Trial Date,
6  currently scheduled for May 19, 2008, is rescheduled to commence to   November 3 , 2008.

9  IT IS SO ORDERED.

11  Dated:  3/18/07
12  HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

US v. Huch, et. al, No. C-06-06641-HRL
Application by US to Reset Pretrial Conference
and Trial and [Proposed] Order                    3