1

2

3                                                          *E-filed 9/26/08*

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                               SAN JOSE DIVISION

10   RONALD O. HUCH,
                                                    Case No. C06-06641 HRL
11              Plaintiff and Counterclaim
                Defendant,
12
            v.                                      **ORDER VACATING PRETRIAL
13                                                  CONFERENCE AND TRIAL DATES**
     UNITED STATES OF AMERICA,
14
                Defendants.
15
     _____/
16

17   THOMAS HANAGAN aka TOM CORBIN,

18              Additional Defendant on
                Counterclaim.
19
     _____/
20

21          The United States has informed the court that plaintiff Huch filed for bankruptcy..

22   Pursuant to 11 U.S.C. § 362, the above-captioned case has been stayed. The court therefore

23   VACATES the dates set for pretrial conference (October 28, 2008), and trial (November 3,

24   2008).

25

26   **IT IS SO ORDERED**

27

28   Dated: 9/26/08

     _____
     HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1   **\*Notice will be sent to counsel of record registered for E-filing. Counsel are responsible for
2   providing copies to co-counsel who have not registered. A copy of this order will be sent to:**

3   Thomas Hanagan
    301 Glen Falls Court
    Hollister, CA 95023

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California