JOSEPH P. RUSSONIELLO  
United States Attorney  
THOMAS MOORE (ASBN 4305-O78T)  
Assistant United States Attorney  
Chief, Tax Division  
CYNTHIA STIER (DCBN 423256)  
 9th Floor Federal Building  
 450 Golden Gate Avenue, Box 36055  
 San Francisco, California 94102  
 Telephone: (415) 436-  
 Fax: (415) 436-6748  

** E-filed 06/01/09 **

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD O. HUCH,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br>UNITED STATES OF AMERICA,<br><br>    Defendant and Counterclaimant.<br><br>THOMAS HANAGAN aka TOM CORBIN,<br><br>    Additional Defendant on Counterclaim. | Case No. C06-06641 HRL<br><br>**JUDGMENT** |

   This matter came before this Court for hearing on the Motion for Entry of Judgment filed by the United States against Thomas Hanagan. Hanagan filed no opposition and did not appear at the hearing. Good cause shown, it is HEREBY ORDERED ADJUDGED and DECREED as follows:

   (1) That Thomas Hanagan is indebted to the United States of America for the trust fund recovery penalty assessed against him pursuant to 26 U.S.C. §6672 for the trust fund portion of the unpaid employment taxes of Corbin Motors, Inc. for the third and fourth quarters of 2000 and for all four quarters of 2001 and 2002, in the amount of amount of $846,694.97 as of April 6,

1  2009, plus statutory additions pursuant to law from April 6, 2009 to the date of entry of this
2  judgment, plus interest thereon in accordance with 28 U.S.C. § 1961, until fully paid.
3
4
5  Dated: June 1, 2009
6                                      HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE

Judgment
C-006-06641-HRL          2

1   THIS IS TO CERTIFY THAT:

2   **Notice has been electronically mailed to:**

3   David L. Denier david.denier@usdoj.gov

4   David M. Kirsch dkirsch@etaxlitigator.com

5   **Notice has been delivered by other means to:**
    Thomas W Hanagan
6   301 Glen Falls Ct.
    Hollister, CA 95023-9092
7

10  Dated: June 1, 2009

                                      /s/ SLP
                        _____
                        Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California