```
MELINDA HAAG (CABN 132612)                    ** E-filed February 28, 2011 **
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| RONALD O. HUCH,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant and Counterclaimant.<br><br>THOMAS HANAGAN aka TOM CORBIN,<br><br>   Additional Defendant on Counterclaim. | Case No. C06-06641 HRL<br><br>**STIPULATION FOR DISMISSAL and [proposed] ORDER** |

    IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, Ronald O. Huch, and Defendant, United States of America, as reflected by the signatures of their respective counsel as set forth below:

    1. That Plaintiff, Ronald O. Huch and the United States have entered into a settlement on February 9, 20111.

    2. The settlement is between Plaintiff, Ronald O. Huch and the United States of America, and does not constitute a settlement of the federal tax liability of Thomas Hanagan aka Tom Corbin, which was reduced to judgment. See Docket Entry No. 51, entered June 1, 2009.

2. That the parties request a period of sixty days to consummate all settlement terms.

3. That this action, including the counterclaim filed by the United States, be dismissed with prejudice, provided however, that if either party notifies this Court on or before April 11, 2011, that the settlement has not been consummated, then this order shall stand vacated and this case shall forthwith be restored to the calender and a case management conference scheduled.

4. The parties agree to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO STIPULATED:

Dated: 2-18-11

MELINDA HAAG
United States Attorney

CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

Dated: 2-16-2011

DAVID M. KIRSCH
Counsel for Plaintiff Ronald O. Huch

### ORDER

Upon the stipulation of all parties to these proceedings, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED and DECREED that this action is hereby dismissed with prejudice, provided however, that if either party notifies this Court on or before April 11, 2011, that the settlement has not been consummated, then this order shall stand vacated and this case shall forthwith be restored to the calender and a case management conference scheduled.

ORDERED this 28 day of February, 2011, at San Jose, California.

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

Huch v. US
Case Nos. CV 06-06641-HRL
Stip. Of Dismissal and [proposed]

2